# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Amos G. Snell | **Case No :** | 13–24512 – E – 13C |
| | | **Date :** | 5/14/13 |
| | | **Time :** | 1:30 |

**Matter :** [15] – Motion for Relief from Automatic Stay [JAB–1] Filed by Creditor Deutsche Bank National Trust Company (Fee Paid $176) (swas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
(by phone) Creditor's Attorney – Daniel Singer, Cary Greisen
**Respondent(s) :**
Talvinder Bambhra (for the Trustee)

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by the Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005–WMC1, Pooling and Servicing Agreement dated as of September 1, 2005 (Creditor) having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion for Relief From the Automatic Stay is denied.

Dated: May 16, 2013

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court